## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BURKOWSKI, PATRICIA FAYE | § | Case No. 10-02088 |
| BURKOWSKI, JOHN EDWARD | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                      Jeffrey P. Allsteadt
                      U.S. Bankruptcy Court Clerk
                      219 South Dearborn Street- 7th Floor
                      Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/21/2014 in Courtroom 644,
                      United States Courthouse
                      219 South Dearborn Street
                      Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: Jeffrey P. Allsteadt_____
                                                        Clerk of The United States Bankruptcy
                                                                 Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
BURKOWSKI, PATRICIA FAYE § Case No. 10-02088
BURKOWSKI, JOHN EDWARD §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 325,000.00 |
| and approved disbursements of | $ | 134,238.22 |
| leaving a balance on hand of[1] | $ | 190,761.78 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000006 | Pfaff & Gill, Ltd. and Tristan Ports, LLC | $ 21,682.74 | $ 21,682.74 | $ 21,682.74 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 190,761.78 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 13,883.23 | $ 0.00 | $ 13,883.23 |
| Trustee Expenses: Phillip D. Levey | $ 49.79 | $ 0.00 | $ 49.79 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 12,510.00 | $ 0.00 | $ 12,510.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 26,443.02 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

    Remaining Balance      $      164,318.76

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,172.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Chase Bank USA, N.A. | $ 15,958.42 | $ 0.00 | $ 15,958.42 |
| 000003 | Midland Funding, LLC | $ 4,566.26 | $ 0.00 | $ 4,566.26 |
| 000004 | Fia Card Services, NA/Bank of America | $ 28,135.91 | $ 0.00 | $ 28,135.91 |
| 000005 | Fia Card Services, NA/Bank of America | $ 2,511.63 | $ 0.00 | $ 2,511.63 |

    Total to be paid to timely general unsecured creditors      $      51,172.22

    Remaining Balance      $      113,146.54

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.4 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 811.11 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 112,335.43 .

Prepared By: /s/Phillip D. Levey

Chapter 7 Trustee

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                              Case No. 10-02088-PSH
Patricia Faye Burkowski                                             Chapter 7
John Edward Burkowski
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: bchavez               Page 1 of 2               Date Rcvd: Jul 25, 2014
                              Form ID: pdf006             Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 27, 2014.
db/jdb       +Patricia Faye Burkowski,    John Edward Burkowski,    1845 S. Clarence,   Berwyn, IL 60402-1916
14983564     +Bank Of America,    Pob 17054,    Wilmington, DE 19884-0001
14983566    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Cap One,    Po Box 85520,   Richmond, VA 23285)
14983567     +Cbna,   1000 Technology Dr,    O Fallon, MO 63368-2239
14983568     +Chase,   800 Brooksedge Blv,    Westerville, OH 43081-2822
16056894      Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
14983569     +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
14983570     +CitiBank,   PO Box 769013,    San Antonio, TX 78245-9013
14983571     +Excel Occ. Health Clinic,    5015 W. 65th St.,   Chicago, IL 60638-5701
14983572    #+Fia Csna,   Po Box 17054,    Wilmington, DE 19850-7054
14983573     +First American Bank,    80 Stratford Drive,   Bloomingdale, IL 60108-2219
14983575     +Illinois Collection Se (Original Cr,    8231 185th St Ste 100,   Tinley Park, IL 60487-9356
14983576     +Marion Joy,    5602 Eagle Way,    Chicago, IL 60678-1056
14983577     +Marshall & Ilsley Bank,    770 N Water St,   Milwaukee, WI 53202-0002
19932139      Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
               Miami, FL 33131-1605
19426761     +Pfaff & Gill, Ltd. and Tristan Ports, LLC,    One East Wacker Dr., Ste. 3310,
               Chicago, IL 60601-1918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14983563     +E-mail/Text: g17768@att.com Jul 25 2014 19:57:39      AT&T,   PO Box 9001309,
               Louisville, KY 40290-1309
16431581      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 25 2014 20:10:19
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
16396448      E-mail/PDF: rmscedi@recoverycorp.com Jul 25 2014 20:00:44      GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
14983574     +E-mail/PDF: gecsedi@recoverycorp.com Jul 25 2014 20:02:12      Gemb/Care Credit,   Po Box 981439,
               El Paso, TX 79998-1439
19932140      E-mail/PDF: rmscedi@recoverycorp.com Jul 25 2014 20:02:29
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14983565    ##+Bk Of Amer,   475 Crosspoint Pkw Ny2-001-02-14,    Getzville, NY 14068-1609
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0752-1          User: bchavez              Page 2 of 2                  Date Rcvd: Jul 25, 2014
                              Form ID: pdf006            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2014 at the address(es) listed below:
        James J. Burns, Jr.    on behalf of Joint Debtor John Edward Burkowski bandwlaw@sbcglobal.net
        James J. Burns, Jr.    on behalf of Debtor Patricia Faye Burkowski bandwlaw@sbcglobal.net
        Monica J Paine    on behalf of Creditor    Wells Fargo Bank N.A. mpaine@mpslaw.com,
        lhorak@mpslaw.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Phillip D Levey, ESQ    on behalf of Trustee Phillip D Levey, ESQ levey47@hotmail.com,
        plevey@ecf.epiqsystems.com
        Phillip D Levey, ESQ    on behalf of Spec. Counsel Frank  Olavarria levey47@hotmail.com,
        plevey@ecf.epiqsystems.com
        Phillip D Levey, ESQ    levey47@hotmail.com,  plevey@ecf.epiqsystems.com
        TOTAL: 7