UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BURKOWSKI, PATRICIA FAYE | § | Case No. 10-02088 |
| BURKOWSKI, JOHN EDWARD | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on              . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Phillip D. Levey_____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Case 10-02088    Doc 54    Filed 01/20/15    Entered 01/20/15 14:41:59    Desc Main
                        Document      Page 3 of 13

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| PATRICIA FAYE BURKOWSKI |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bk Of Amer 475 Crosspoint Pkw Ny2-001-02-14 Getzville, NY 14068 |  |  |  |  |  |
|  | Marshall & Ilsley Bank 770 N Water St Milwaukee, WI 53202 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CMS/MEDICARE | | | | | |
| | EXCEL OCCUPATIONAL HEALTH CLINIC | | | | | |
| | KP LAW | | | | | |
| | MARIANJOY MEDICAL GROUP | | | | | |
| | MOSES, DR. ALLEN | | | | | |
| 000006 | PFAFF & GILL, LTD. AND TRISTAN PORT | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| FRANK J. OLAVARRIA PC | | | | | |
| FRANK J. OLAVARRIA PC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T PO Box 9001309<br>Louisville, KY 40290 | | | | | |
| | Bank Of America Pob 17054<br>Wilmington, DE 19884 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Cbna 1000 Technology Dr O Fallon, MO 63368 | | | | | |
| | Cbna 1000 Technology Dr O Fallon, MO 63368 | | | | | |
| | Chase 800 Brooksedge Blv Westerville, OH 43081 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | CitiBank PO Box 769013 San Antonio, TX 78245 | | | | | |
| | Excel Occ. Health Clinic 5015 W. 65th St. Chicago, IL 60638 | | | | | |
| | Fia Csna Po Box 17054 Wilmington, DE 19884 | | | | | |

Document Page 7 of 13

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First American Bank 80 Stratford Drive Bloomingdale, IL 60108 | | | | | |
| | Gemb/Care Credit Po Box 981439 El Paso, TX 79998 | | | | | |
| | Illinois Collection Se (Original Cr 8231 185th St Ste 100 Tinley Park, IL 60487 | | | | | |
| | Marion Joy 5602 Eagle Way Chicago, IL 60678 | | | | | |
| | Marion Joy 5602 Eagle Way Chicago, IL 60678 | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000004 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000005 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000001 | FIRST AMERICAN BANK | | | | | |
| 000003 | MIDLAND FUNDING, LLC | | | | | |
| | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| | MIDLAND FUNDING, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-02088 | PSH | Judge: PAMELA S. HOLLIS | | Trustee Name: | Phillip D. Levey |
| Case Name: | BURKOWSKI, PATRICIA FAYE | | | | Date Filed (f) or Converted (c): | 01/21/10 (f) |
| | BURKOWSKI, JOHN EDWARD | | | | 341(a) Meeting Date: | 02/22/10 |
| For Period Ending: | 07/23/14 | | | | Claims Bar Date: | 11/18/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1845 S. Clarence Ave. Berwyn, IL 60402 | 315,000.00 | 0.00 | | 0.00 | FA |
| 2. Proceeds from Social Secrity Disability Settlement | 45,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. Living room furniture, tv, stereo, piano, laptop | 3,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. Wedding Bands | 1,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. Smith & Wesson 38 | 400.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. Canon Camera | 200.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. Guitar | 300.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. UBS Bank Account | 40,248.33 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. 1993 Dodge Caravan | 1,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. 1999 Buick Century | 2,500.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. Used Camera Equipment: 2 lenses, 2 camera bodies | 2,000.00 | 0.00 | | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 12. Patricia Burkowski Joseph Oswald et al. (u) | 0.00 | 325,000.00 | | 325,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $411,148.33       $325,000.00       $325,000.00       $0.00

(Total Dollar Amount in Column 6)

LFORM1       Ver: 18.00a

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| Case No: | 10-02088   PSH   Judge: PAMELA S. HOLLIS | | Trustee Name: | Phillip D. Levey |
| Case Name: | BURKOWSKI, PATRICIA FAYE | | Date Filed (f) or Converted (c): | 01/21/10 (f) |
| | BURKOWSKI, JOHN EDWARD | | 341(a) Meeting Date: | 02/22/10 |
| | | | Claims Bar Date: | 11/18/10 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/13     Current Projected Date of Final Report (TFR): 06/30/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-02088 -PSH | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | BURKOWSKI, PATRICIA FAYE | | Bank Name: | ASSOCIATED BANK |
| | BURKOWSKI, JOHN EDWARD | | Account Number / CD #: | *******5042 Checking |
| Taxpayer ID No: | *******3918 | | | |
| For Period Ending: | 01/11/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/18/14 | 12 | Frank J. Olavarria PC | SETTLEMENT | | 190,761.78 | | 190,761.78 |
| | | FRANK J. OLAVARRIA PC | Memo Amount: 325,000.00 | 1142-000 | | | |
| | | | SETTLEMENT | | | | |
| | | FRANK J. OLAVARRIA PC | Memo Amount: ( 90,333.00 ) | 3210-000 | | | |
| | | | ATTORNEY FEES | | | | |
| | | FRANK J. OLAVARRIA PC | Memo Amount: ( 3,459.42 ) | 3220-000 | | | |
| | | | ATTORNEY EXPENSES | | | | |
| | | PFAFF & GILL, LTD. AND TRISTAN PORT | Memo Amount: ( 15,000.00 ) | 4210-000 | | | |
| | | | ATTORNEY FEES LIEN | | | | |
| | | KP LAW | Memo Amount: ( 3,000.00 ) | 4210-000 | | | |
| | | | Attorneys Fees Lien | | | | |
| | | EXCEL OCCUPATIONAL HEALTH CLINIC | Memo Amount: ( 2,018.00 ) | 4210-000 | | | |
| | | | Medical Care Lien | | | | |
| | | MARIANJOY MEDICAL GROUP | Memo Amount: ( 5,235.00 ) | 4210-000 | | | |
| | | | Medical Care Lien | | | | |
| | | MOSES, DR. ALLEN | Memo Amount: ( 6,065.00 ) | 4210-000 | | | |
| | | | Medical Care Lien | | | | |
| | | CMS/MEDICARE | Memo Amount: ( 1,714.06 ) | 4210-000 | | | |
| | | | CMS/Medicare | | | | |
| | | PFAFF & GILL, LTD. AND TRISTAN PORT | Memo Amount: ( 6,682.74 ) | 4210-000 | | | |
| | | | Attorney Expenses Lien | | | | |
| | | KP LAW | Memo Amount: ( 731.00 ) | 4210-000 | | | |
| | | | Attorney Expense Lien | | | | |
| 08/26/14 | 010001 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 12,510.00 | 178,251.78 |
| 08/26/14 | 010002 | PHILLIP D. LEVEY | Trustee Compensation | 2100-000 | | 13,883.23 | 164,368.55 |
| 08/26/14 | 010003 | PHILLIP D. LEVEY | Trustee Expenses | 2200-000 | | 49.79 | 164,318.76 |
| 08/26/14 | 010004 | Chase Bank USA, N.A. | Claim 000002, Payment 101.58506% | | | 16,211.37 | 148,107.39 |
| | | PO Box 15145 | | | | | |

Page Subtotals  190,761.78  42,654.39

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-02088 -PSH | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | BURKOWSKI, PATRICIA FAYE | Bank Name: | ASSOCIATED BANK |
| | BURKOWSKI, JOHN EDWARD | Account Number / CD #: | *******5042 Checking |
| Taxpayer ID No: | *******3918 | | |
| For Period Ending: | 01/11/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Wilmington, DE 19850-5145 | Claim       15,958.42 | 7100-000 | | | |
| | | | Interest       252.95 | 7990-000 | | | |
| 08/26/14 | 010005 | Midland Funding, LLC | Claim 000003, Payment 101.58510% | | | 4,638.64 | 143,468.75 |
| | | c/o Recoser, LLC | (3-1) CARECREDIT/GEMB | | | | |
| | | 25 SE 2nd Ave., Suite 1120 | | | | | |
| | | Miami FL 33131-1605 | | | | | |
| | | | Claim        4,566.26 | 7100-000 | | | |
| | | | Interest        72.38 | 7990-000 | | | |
| 08/26/14 | 010006 | Fia Card Services, NA/Bank of America | Claim 000004, Payment 101.58506% | | | 28,581.88 | 114,886.87 |
| | | by American Infosource Lp As Its Agent | | | | | |
| | | PO Box 248809 | | | | | |
| | | Oklahoma City, OK 73124-8809 | | | | | |
| | | | Claim       28,135.91 | 7100-000 | | | |
| | | | Interest       445.97 | 7990-000 | | | |
| 08/26/14 | 010007 | Fia Card Services, NA/Bank of America | Claim 000005, Payment 101.58503% | | | 2,551.44 | 112,335.43 |
| | | by American Infosource Lp As Its Agent | | | | | |
| | | PO Box 248809 | | | | | |
| | | Oklahoma City, OK 73124-8809 | | | | | |
| | | | Claim        2,511.63 | 7100-000 | | | |
| | | | Interest        39.81 | 7990-000 | | | |
| 08/26/14 | 010008 | PATRICIA FAYE BURKOWSKI | Surplus Funds | 8200-002 | | 112,335.43 | 0.00 |
| | | 1845 S. CLARENCE | | | | | |
| | | BERWYN, IL  60402 | | | | | |

Page Subtotals         0.00         148,107.39

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 10-02088 -PSH |
| Case Name: | BURKOWSKI, PATRICIA FAYE |
| | BURKOWSKI, JOHN EDWARD |
| Taxpayer ID No: | *******3918 |
| For Period Ending: | 01/11/15 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5042 Checking |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 325,000.00 | COLUMN TOTALS | 190,761.78 | 190,761.78 | 0.00 |
| | Memo Allocation Disbursements: | 134,238.22 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 190,761.78 | 190,761.78 | |
| | Memo Allocation Net: | 190,761.78 | Less: Payments to Debtors | | 112,335.43 | |
| | | | Net | 190,761.78 | 78,426.35 | |
| | Total Allocation Receipts: | 325,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | Total Allocation Disbursements: | 134,238.22 | Checking - *******5042 | 190,761.78 | 78,426.35 | 0.00 |
| | Total Memo Allocation Net: | 190,761.78 | | 190,761.78 | 78,426.35 | 0.00 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

Ver: 18.03b

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*